## TIFFANY, appellant, v. FARR.

*Taxes — school tax upon non-resident of district owning property therein.*

Plaintiff owned a farm in the town of S. but did not reside in the town. The trustees of the school-district in which the farm was situated apportioned a a part of the school tax upon plaintiff, and defendant, as collector of the district, under a warrant issued by the trustees, seized upon certain personal property of plaintiff. *Held,* that the action of the trustees in assessing the tax was authorized by § 66, title 7, chap. 555, Laws of 1864, as amended by § 17, chap. 406, Laws of 1867, and defendant was not liable.

*Wm. Tiffany,* appellant in person.

*Marsh & Webb,* for respondent.

E. D. SMITH, J.

The opinion contains only a review of the evidence in addition to the finding contained in the head note and it is not deemed necessary to publish it in full.

*Judgment affirmed.*